## A02A1135. WATSON v. THE STATE.
(579 SE2d 827)

JOHNSON, Presiding Judge.

Division 5 of the decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Watson v. State*, 276 Ga. 212 (576 SE2d 897) (2003), that portion of our decision in *Watson v. State*, 256 Ga. App. 789 (570 SE2d 30) (2002), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court. Divisions 1 through 4 of our earlier decision are unaffected by the Supreme Court's decision.

*Judgment of conviction affirmed. Sentence as to fine only vacated. Blackburn, P. J., and Miller, J., concur.*

DECIDED MARCH 19, 2003.

*Gordon, Brown & Eberhardt, Gerald W. Brown*, for appellant.
*William T. McBroom III, District Attorney, Thomas J. Ison, Jr., Assistant District Attorney*, for appellee.